IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONNA MILLER,

    Plaintiff,

vs.                                    Civil Action 2:11-CV-352
                                    Judge Sargus
                                    Magistrate Judge King

CITY OF COLUMBUS, *et al.*,

    Defendants.

## ORDER

On April 26, 2011, the United States Magistrate Judge recommended that the *Complaint* be dismissed pursuant to 28 U.S.C. §1915(e), reasoning that plaintiff's complaints that defendants had harmed plaintiff through "lifetime rape" and "devil worshipping ritual," *see Complaint*, ¶¶8, 10, were fantastic or delusional. *Order and Report and Recommendation,* Doc. No. 2. Although plaintiff was advised of her right to object to the recommendation, and of the consequences of her failure to do so, plaintiff has filed no objection.

The **recommendation of the Magistrate Judge is** ADOPTED AND AFFIRMED. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Moreover, the Court concludes that an appeal from this judgment would not be taken in good faith. See 28 U.S.C. §1915(a).

5-17-2011
Date

Edmund A. Sargus, Jr.
United States District Judge