AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DONNA MILLER,**

        **Plaintiff,**

                                 **JUDGMENT IN A CIVIL CASE**

**v.**

**CITY OF COLUMBUS, et al.,**        **CASE NO.  C2-11-352**
                                        **JUDGE EDMUND A. SARGUS, JR.**
        **Defendants.**        **MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed May 17, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 17, 2011                                    JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk